RECEIVED

2007 MAR 29 PM 2: 38

RICHARD H. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED

MAR 3 0 2007

CLERK
NORTHERN DISTRICT ...
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 07 00108 JF** |
| Plaintiff, | (PROPOSED) |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| MARK BURGOYNE FARIS STEPHEN DUANE CHICOINE a/k/a Steve Chicoine, CHARLES LEVI LYTLE, a/k/a Charlie Lytle, and AMY MARIE IHRKE, | **DATE ACTION FILED:  February 28, 2007** |
| | **Honorable Jeremy Fogel** |
| Defendants. | |

Thomas M. Jancik, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, MN 55402-1498, (612) 492-6952, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Stephen D. Chicoine,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: ____3-29___, 2007

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

(Proposed) ORDER ON *PRO HAC VICE* APPLICATION
CASE NO. CR 07 00108 JF